# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Western Division

Ronald Ruetsche

                          Plaintiff,

v.                                             Case No.: 3:09−cv−50285

                                                            Honorable Frederick J. Kapala

Global Credit & Collection Corporation

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 9, 2010:

      MINUTE entry before Honorable P. Michael Mahoney:Counsel report cause settled. Parties given to 3/26/10 to file stipulation to dismiss. Status hearing stricken. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.