# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Ronald Ruetsche,<br><br>　　　Plaintiff,<br><br>v.<br><br>Global Credit & Collection Corporation,<br><br>　　　Defendant. | Case No. 3:09-cv-50285<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　　　By: s/Timothy J. Sostrin
　　　　　　　　　　　　　　Timothy J. Sostrin
　　　　　　　　　　　　　　Bar ID # 6290807
　　　　　　　　　　　　　　233 S. Wacker, Suite 5150
　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　Telephone: 866-339-1156
　　　　　　　　　　　　　　Email: tjs@legalhelpers.com
　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2010, I electronically filed a copy of the foregoing Notice and served the same upon Defendant by depositing a copy of the same in the United States Mail addressed as follows:

Ronald S. Canter  
The Law Offices of Ronald S. Canter, LLC  
11300 Rockville Pike, Suite 1200  
Rockville, MD 20852

                                                                 /s/ Timothy J. Sostrin