## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 50285 | **DATE** | 3/25/2010 |
| **CASE TITLE** | Ruetsche vs. Global Credit & Collection | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notice of dismissal, this case is dismissed with prejudice.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sb |
|---|---|---|